AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Jackie Tabas and Katherine Rosenberg-Wohl, on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>MoviePass, Inc., Helios and Matheson Analytics Inc., Ted Farnsworth, Stuart Benson, Mitch Lowe, and Does 1-10,<br><br>*Defendant(s)* | Civil Action No. 4:18-cv-7087-DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Stuart Benson

    Helios and Matheson Analytics Inc., 350 Fifth Ave., Ste. 7520, New York, NY 10118
    [DOS]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    David M. Rosenberg-Wohl
    Hershenson Rosenberg-Wohl, A Professional Corporation
    315 Montgomery St., 8th Fl.
    San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Susan Y. Soong*

*Jorden Burger*

*Signature of Clerk or Deputy Clerk*

Date: 11/26/2018

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Jackie Tabas and Katherine Rosenberg-Wohl, on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>MoviePass, Inc., Helios and Matheson Analytics Inc., Ted Farnsworth, Stuart Benson, Mitch Lowe, and Does 1-10,<br><br>*Defendant(s)* | Civil Action No.  4:18-cv-7087-DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ted Farnsworth

　　　　　　　　Helios and Matheson Analytics Inc., 350 Fifth Ave., Ste. 7520, New York, NY 10118
　　　　　　　　[DOS]


　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　　　　　　　David M. Rosenberg-Wohl
　　　　　　　　Hershenson Rosenberg-Wohl, A Professional Corporation
　　　　　　　　315 Montgomery St., 8th Fl.
　　　　　　　　San Francisco, CA 94104

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT
　　　　　　　　　　　　　　　　　　　　　　　　　*Susan Y. Soong*

Date:  　11/26/2018　　　　　　　　　　　　　　　　　　 *Jorden Burger*
　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| Jackie Tabas and Katherine Rosenberg-Wohl, on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>MoviePass, Inc., Helios and Matheson Analytics Inc., Ted Farnsworth, Stuart Benson, Mitch Lowe, and Does 1-10,<br><br>*Defendant(s)* | Civil Action No. 4:18-cv-7087-DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

>   Mitch Lowe
>
>   MoviePass Inc., 175 Varick Street, 6th Fl., New York, NY 10014

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>   David M. Rosenberg-Wohl
>   Hershenson Rosenberg-Wohl, A Professional Corporation
>   315 Montgomery St., 8th Fl.
>   San Francisco, CA 94104

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Susan Y. Soong*

*Jordan Burger*
*Signature of Clerk or Deputy Clerk*

Date: 11/26/2018

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Jackie Tabas and Katherine Rosenberg-Wohl, on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>MoviePass, Inc., Helios and Matheson Analytics Inc., Ted Farnsworth, Stuart Benson, Mitch Lowe, and Does 1-10,<br><br>*Defendant(s)* | Civil Action No. 4:18-cv-7087-DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Helios and Matheson Analytics Inc.

    Helios and Matheson Analytics Inc., 350 Fifth Ave., Ste. 7520, New York, NY 10118
    [DOS]
    NY Department of State, One Commerce Plaza, 99 Washington Ave., Albany NY 12231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    David M. Rosenberg-Wohl
    Hershenson Rosenberg-Wohl, A Professional Corporation
    315 Montgomery St., 8th Fl.
    San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Susan Y. Soong*

Date: 11/26/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Jackie Tabas and Katherine Rosenberg-Wohl, on behalf of themselves and all others similarly situated, *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. 4:18-cv-7087-DMR |
| MoviePass, Inc., Helios and Matheson Analytics Inc., Ted Farnsworth, Stuart Benson, Mitch Lowe, and Does 1-10, *Defendant(s)* | ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MoviePass, Inc.

Stacy Spikes, 175 Varick Street, 6th Fl., New York, NY 10014 [DOS]
NY Dept. of State, One Commerce Plaza, 99 Washington Ave., Albany, NY 12231

CT Corporation System, 111 Eighth Ave., New York, NY 10011 [Reg.Agent]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David M. Rosenberg-Wohl
Hershenson Rosenberg-Wohl, A Professional Corporation
315 Montgomery St., 8th Fl.
San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

Date: 11/26/2018

*Jordan Burger*
*Signature of Clerk or Deputy Clerk*